STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPENSATION AGENCY
MONTGOMERY, ALABAMA 36131

# IMPORTANT TAX DOCUMENT

KENYA FREEMAN
1350 37TH ST E APT 910
TUSCALOOSA, AL 35405

3/annually

| Payer's Name, Street, City, State, and ZIP Code<br>STATE OF ALABAMA<br>DEPARTMENT OF INDUSTRIAL RELATIONS<br>UNEMPLOYMENT COMPENSATION AGENCY<br>649 MONROE STREET<br>MONTGOMERY, AL 36131 | | | Certain<br>Government<br>Payments |
|---|---|---|---|
| Recipient's Identification Number<br>[redacted] | 1 Unemployment Compensation<br>[redacted] | OMB No. 1545-0120<br>**2009** | Copy B<br>For Recipient |
| Recipient's Name (first, middle, last) & Address<br><br>**KENYA FREEMAN**<br>**1350 37TH ST E APT 910**<br>**TUSCALOOSA, AL 35405** | 4 Federal Income Tax Withheld<br><br>**0.00**<br><br>FEIN: 630674968 | 5 ATAA Payments | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account Number (optional) | | | |

Form 1099-G    Department of the Treasury - Internal Revenue Service