**JERRY'S CLEANERS**

Employee
KENYA FREEMAN, 3242 TAYLOR CIRCLE, TUSCALOOSA, AL 35401

SSN  
***-**-7062  
Pay Period: 05/27/2010 - 06/02/2010  
Status (Fed/State)  
Single/Single  

Allowances/Extra  
Fed-2/0/AL-2/0  
Pay Date: 06/03/2010  

12410

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 27:26 | 8.00 | 219.47 | 2,134.01 |
| OT | | | 0.00 | 12.00 |
| | | | 219.47 | 2,146.01 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -20.00 |
| Social Security Employee | -13.60 | -133.05 |
| Medicare Employee | -3.19 | -31.12 |
| AL - Withholding | -6.36 | -69.36 |
| | -23.15 | -253.53 |

Net Pay  196.32  1,892.48

Vardamam Enterprises, Inc., 2315 Jack Warner Parkway, Tuscaloosa, AL 35401