## JERRY'S CLEANERS

Employee
KENYA FREEMAN, 3242 TAYLOR CIRCLE, TUSCALOOSA, AL 35401

SSN ***-**-7062
Status (Fed/State): Single/Single
Pay Period: 05/27/2010 - 06/02/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 27.26 | 8.00 | 219.47 | 2,134.01 |
| OT | | | 0.00 | 12.00 |
| | | | 219.47 | 2,146.01 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -20.00 |
| Social Security Employee | -13.60 | -133.05 |
| Medicare Employee | -3.19 | -31.12 |
| AL - Withholding | -6.36 | -69.36 |
| | -23.15 | -253.53 |

Net Pay: 196.32 / 1,892.48

Vardamam Enterprises, Inc., 2315 Jack Warner Parkway, Tuscaloosa, AL 35401

---

## JERRY'S CLEANERS

1235

Employee
KENYA FREEMAN, 3242 TAYLOR CIRCLE, TUSCALOOSA, AL 35401

SSN ***-**-7062
Status (Fed/State): Single/Single
Pay Period: 05/20/2010 - 05/26/2010

Allowances/Extra
Fed-2/0/AL-2/0
Pay Date: 05/27/2010

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HOURLY | 27.26 | 8.00 | 219.47 | 1,914.54 |
| OT | | | 0.00 | 12.00 |
| | | | 219.47 | 1,926.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -20.00 |
| Social Security Employee | -13.61 | -119.45 |
| Medicare Employee | -3.18 | -27.93 |
| AL - Withholding | -6.36 | -63.00 |
| | -23.15 | -230.38 |

Net Pay: 196.32 / 1,696.16

Vardamam Enterprises, Inc., 2315 Jack Warner Parkway, Tuscaloosa, AL 35401